Michael C. Mills, Esq.
Nevada Bar No. 3534
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
3650 North Rancho Drive, Suite 114
Las Vegas, NV 89130
Tel: (702) 240-6060
Fax: (702) 240-4267
Email: mmills@blwmlawfirm.com

*Counsel for Defendant*
*National Center for Safety Initiatives, LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE GRACE, | Case No.: 2:23-cv-00803-CDS-BNW |
| Plaintiff, | |
| v. | |
| NATIONAL CENTER FOR SAFETY INITIATIVES, LLC, | |
| Defendant. | |

### STIPULATION OF EXTENSION OF TIME FOR DEFENDANT NATIONAL CENTER FOR SAFETY INITIATIVES, LLC TO FILE ANSWER

Defendant National Center for Safety Initiatives, LLC ("NCSI") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant National Center for Safety Initiatives, LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 23, 2023 through and including July 14, 2023. NCSI anticipates using the additional time to investigate Plaintiff's allegations and prepare a meaningful response to the specific allegations, if necessary. Further, counsel for NCIS Plaintiff anticipate engaging in settlement discussions. The

/ / /

/ / /

95857636v.1

additional time to respond to the Complaint will facilitate these discussions. This stipulation is filed in good faith and not intended to cause delay.

Dated: June 21, 2023

Respectfully submitted,

BAUMAN LOEWE WITT
& MAXWELL, PLLC

By: /s/ Michael C. Mills
    Michael C. Mills, Esq.
    Nevada Bar No. 3534
    Bauman Loewe Witt & Maxwell, PLLC
    3650 N. Rancho Dr., Suite #114
    Las Vegas, NV 89130
    Telephone: (702) 240-6060
    Facsimile: (702) 240-4267
    Email: mmills@blwmlawfirm.com

*Counsel for Defendant
National Center for Safety
Initiatives, LLC*

Dated: June 21, 2023

Agreed & Consented to:

CONSUMER ATTORNEYS

By: */s/ Michael Yancey III*
    Michael Yancey III, Esq.
    myancey@consumerattorneys.com
    CONSUMER ATTORNEYS
    2300 West Sahara Avenue, Suite 800
    Las Vegas, NV 89102
    Telephone: (480) 573-9272

*Counsel for Plaintiff
Jasmine Grace*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: June 22, 2023

2

95857636v.1
4103318v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT NATIONAL CENTER FOR SAFETY INITIATIVES, LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael C. Mills
Michael C. Mills
*Counsel for Defendant*
*National Center for Safety*
*Initiatives, LLC*

95857636v.1