**Consumer Attorneys**
Michael Yancey, NV #16158
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
T: (480) 573-9272
F: (718) 715-1750
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE GRACE,<br><br>  Plaintiff<br><br>v.<br><br>NATIONAL CENTER FOR SAFETY INITIATIVES, LLC,<br><br>  Defendant | Case No.: 2:23-cv-00803-CDS-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jasmine Grace ("Plaintiff" or "Ms. Grace") and Defendant NATIONAL CENTER FOR SAFETY INITIATIVES, LLC ("NCSI"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, without assessment of fees or costs by the Court.

   Based on the parties' stipulation and with good cause appearing, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly directed to close this case.

   Dated: October 20, 2023

                                                         _____
                                                         Honorable Cristina D. Silva
                                                         United States District Judge

- 1 -                    STIPULATION OF DISMISSAL

Dated: October 18, 2023         **CONSUMER ATTORNEYS**

*/s/ Michael Yancey*
Michael Yancey, NV #16158
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
T: (480) 573-9272
F: (718) 715-1750
Attorneys for Plaintiff

Dated: October 18, 2023         **BAUMAN LOEWE WITT & MAXWELL, PLLC**

*/s/*
Michael C. Mills
Nevada Bar No. 3534
Bauman Loewe Witt & Maxwell, PLLC
3650 N. Rancho Dr., Suite #114
Las Vegas, NV 89130
Telephone: (702) 240-6060
Facsimile: (702) 240-4267

*Counsel for Defendant*
*National Center for Safety Initiatives, LLC*

- 2 -                              STIPULATION OF DISMISSAL